EMMETT R. GAUHN, Commissioner of Public Welfare of the City of Rochester, Successor to FRANK X. KELLY, Respondent, v. HAROLD LOVELL, Appellant.— Order of filiation affirmed, without costs. All concur. (The order directs defendant to contribute to the support of an infant child in a filiation proceeding.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of JOSEPHINE KULAK, Petitioner and Appellant, to Review an Order of HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority of the State of New York, etc., Respondents.— Determination annulled, without costs, without prejudice to a new investigation and hearing. Memorandum: The record is so confused that we are unable to determine from it whether or not there was an improper passageway or means of entrance between the licensed premises and the rooms on the second floor. All concur. (Review of a determination of the State Liquor Authority canceling a liquor license.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Estate of MARY A. SHAY, Deceased.— Orders affirmed, without costs of this appeal to any party. All concur, except Crosby, J., who dissents and votes to dismiss the appeal on the ground that the orders are not appealable. (The first order directs a severance of the issues, and the second order frames issues for a trial by jury, in a proceeding involving the validity of a will and of a codicil.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of Supplementary Proceedings: MIRIAM H. BERMAN, Judgment Creditor, Appellant, v. HARRY I. GOLDSTEIN, Judgment Debtor, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of MARGARET ZIMMERMAN (Also Known as MAGGIE ZIMMERMAN), Deceased.— Motion to amend order entered March 9, 1938, denied, without costs. [See ante, p. 630.] Memorandum: It was the intention of the court to allow only one bill of costs to all the appellants to cover both appeals. Present — Crosby, Lewis, Taylor and Dowling, JJ.

ELIZABETH ACER, Respondent, v. SOMERS OLDHAM, Appellant, ALMEDA WATERS and Others, Defendants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham and Taylor, JJ.